United States District Court
Middle District of Florida
Jacksonville Division

**CHARLIE DURHAM JR.,**

   *Plaintiff,*

v.                                          **NO. 3:25-cv-1211-HES-PDB**

**ASCENSION ST. VINCENTS HOSPITAL,**

   *Defendant.*

_____

## Order

The plaintiff sues his former employer under Title VII of the Civil Rights Act of 1964 based on alleged discrimination and retaliation. Doc. 8.

In orders entered on March 11, 2026, and March 12, 2026, the court directed the plaintiff to file a third amended complaint that complies with the pleading rules by April 1, 2026, Doc. 12, and to file a disclosure statement as required by Local Rule 3.03 by April 2, 2026, Doc. 14. The clerk mailed the orders to the plaintiff. The mail has not been returned as undeliverable. Since the orders, the plaintiff has filed nothing.

"A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

By **May 4, 2026**, the plaintiff must take three actions: (1) show cause by separate writing why the action should not be dismissed for failure to prosecute; (2) file a third amended complaint in accord with the March 11

order, *see* Doc. 12; and (3) file a disclosure statement as required by Local Rule 3.03.

**If the plaintiff fails to timely comply with this order, the action may be dismissed for failure to prosecute and failure to comply with court orders. Considering that the time period for suing has likely passed, the dismissal likely would prevent the plaintiff from litigating the claims now and in the future.**

**Ordered** in Jacksonville, Florida, on April 13, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*

c:      Charlie Durham Jr.
        2061 Oakwood Dr.
        Stockbridge, GA 30281